Michael Paul Williams #J-67958
P.O. Box #7500 / 01-115L
Crescent City, CA. 95532
Pelican Bay State Prison, SHU.

In Pro Per

2C

**FILED**

MAR 20 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

March 13th, 2008
Case No. CV-07-5574 MMC (PR)

Honorable Maxine M. Chesney,
United States District Judge
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

IN RE: Michael P. Williams v. Scott Kernan, Acting Director of the California Department of Corrections And Rehabilitations; Robert Horel, Warden, et. AL.,

Your Honorable Judge;

  Your Honor, this letter is to possibly find out the whereabouts of Plaintiffs' case (No. CV-07-5574 mmc (PR)), for Plaintiff's right knee is progressively becoming worse by each day.
  This case was filed into the Courts on November 1st, 2007; Since then Plaintiff has filed a motion to appoint counsel with his

(1)

original Petition. Also on November 25th, 2007, Plaintiff filed an extention of time. On December 5th, 2007, Plaintiff filed an Amendment to his List of defendant(s); And on January 8th, 2008, Plaintiff filed a Motion asking the honorable Courts to, order Pelican Bay State Prison (P.B.S.P.) medical department, to give Plaintiff an "M.R.I." upon his right knee; In hopes of validating his complaints; Along with starting the process of correcting the issue at hand, And giving Plaintiff's right knee (Neopren brace with velcro straps) brace back to his person, where Pelican Bay State Prison medical staff confiscated from his person because they [thought] it was not warrented.

  Your Honor, Plaintiff's right knee is to the point were it seems, that on top of the current injuries, it's possible that "Osteoarthritis" may be setting in, And on top of the current problem's, is not a good Combination.

  Furthermore, your Honor, if Plaintiff has not yet completed any requirements so far, Please let him know In hopes of Completing those said tasks. But, to Plaintiff's Knowledge, he is only awaiting the Honorable Courts to, start the issuances of the summons upon the said defendant(s).

Thank you, your honor. I await the Courts next decision.

Respectfully Submitted
/s/ *Michael Paul Williams*
Michael Paul Williams #J-67958
In Pro Per

J. Williams # J-64358
P.O. Box #7500 / D1-115
Crescent City, CA 95532
Pelican Bay State Prison, SHU

Legal Mail

CONFIDENTIAL LEGAL MAIL

9410233661 C004

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

MAXINE M. CHESNEY
U.S. DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94103



Q004217666   MAR 18 2008
MAILED FROM ZIPCODE 95531