1

2

3            IN THE UNITED STATES DISTRICT COURT

4            FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    MICHAEL PAUL WILLIAMS,            )    No. C 07-5574 MMC (PR)
                                       )
         Plaintiff,                    )    **ORDER GRANTING LEAVE TO**
7                                      )    **PROCEED IN FORMA PAUPERIS**
     v.                                )
8                                      )
     SCOTT KERNAN, et al.,             )
9                                      )    **(Docket Nos. 2, 6 & 7)**
         Defendants.                   )
10   _____ )

11        Plaintiff's application for permission to proceed in forma pauperis ("IFP") is

12   GRANTED.[1]  The total filing fee that ultimately will be due is $350.00.  In view of the

13   average monthly deposits and balances in plaintiff's inmate trust account over the six

14   months preceding the filing of this action, an initial partial filing fee of $0.00 is due at this

15   time.  Funds for the filing fee will be taken from income credited to plaintiff's account in

16   accordance with 28 U.S.C. § 1915(b)(2).  A copy of this order and the attached instructions

17   shall be sent to the plaintiff, the prison trust account office, and the court's financial office.

18        This order terminates Docket Nos. 2, 6 and 7.

19        IT IS SO ORDERED.

20   DATED: April 18, 2008

21                                    _____
                                       MAXINE M. CHESNEY
22                                     United States District Judge

23   _____

24        [1]Plaintiff filed his IFP application on November 1, 2007.  That same date the Court
     notified plaintiff in writing that the action was deficient due to plaintiff's failure to pay the
25   requisite filing fee or, instead, to submit a completed court-approved IFP application.  In said
     notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a
26   completed IFP application, within thirty days, would result in dismissal of the action.  On
     November 28, 2007, plaintiff filed a request for an enlargement of time of two weeks in
27   which to file his completed IFP application because prison officials had not yet returned the
     completed application to him; on December 7, 2007, plaintiff filed his completed IFP
28   application.  Plaintiff's request for an enlargement of time is hereby GRANTED.

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INSTRUCTIONS FOR PAYMENT OF PRISONER'S FILING FEE

The prisoner shown as the plaintiff or petitioner on the attached order has filed a civil action <u>in forma pauperis</u> in this court and owes to the court a filing fee.  Pursuant to 28 U.S.C. § 1915, the fee is to be paid as follows:

> The initial partial filing fee listed on the attached order should be deducted by the prison trust account office from the prisoner's trust account and forwarded to the clerk of the court as the first installment payment on the filing fee.  This amount is twenty percent of the greater of (a) the average monthly deposits to the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition or (b) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint/petition.

> Thereafter, on a monthly basis, 20 percent of the preceding month's income credited to the prisoner's trust account should be deducted and forwarded to the court each time the amount in the account exceeds ten dollars ($10.00).  The prison trust account office should continue to do this until the filing fee has been paid in full.

> If the prisoner does not have sufficient funds in his/her account to pay the initial partial filing fee, the prison trust account office should forward the available funds, and carry the balance forward each month until the amount is fully paid.

> If the prisoner has filed more than one complaint, (s)he is required to pay a filing fee for each case.  The trust account office should make the monthly calculations and payments for each case in which it receives an order granting <u>in forma pauperis</u> and these instructions.

**The prisoner's name and case number must be noted on each remittance.**  The initial partial filing fee is due within thirty days of the date of the attached order.  Checks should be made payable to Clerk, U.S. District Court and sent to Prisoner Accounts Receivable, U.S. District Court, 450 Golden Gate Avenue, Box 36060, San Francisco, CA 94102.

cc:    Plaintiff/Petitioner
       Finance Office