AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

### SUMMONS IN A CIVIL CASE

Michael Paul Williams

CASE NUMBER: 07-5574 MMC

**V.**

Scott Kernan, et al.,

TO:

| | | |
|---|---|---|
| J. Flowers, | Pelican Bay State Prison | N. Grannis |
| Sue Risenhoover, | 5905 Lake Earl Drive | Chief of the Inmate Appeals Branch |
| Dr. Michael Sayre, | P.O. Box 7000 | California Department of Corrections |
| Josephy Kravitz, | Crescent City, CA 95531-7000 | and Rehabilitation |
| Maureen McLean and | | P.O. Box 290002 |
| R. Pimental all at: | | Represa, CA 95671 |

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Michael Paul Williams
J-67958
Pelican Bay State Prison
P.O. Box 7500 D1-115
Crescent City, CA 95532

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking                 04-22-08

**CLERK**                                         DATE

Alfred Amistoso

(BY) DEPUTY CLERK