1 Michael P. Williams C.D.C. # J-67958
2 Pelican Bay State Prison - Security Housing Units
3   P.O. Box #7500/ D1-Cell #115L
4 Crescent City, California. 95532
5   IN PROPRIA PERSONA

FILED
08 JUN 19 PM 12:25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7   IN THE UNITED STATES DISTRICT COURT
8   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 Michael P. Williams
11      Plaintiff
12 vs.
13
14 Scott Kernan, et. al.,
15      Defendant(s)

Case No. # CV-07-5574 MMC (PR)

Plaintiff's Request For Second (2nd) Extension of Time, Not To Exceed Ten (10) days.

18      For the reasons fully set forth in the attached declaration,
19 Plaintiff hereby request's a Ten (10) day extension of time up to
20 and including June 30th, 2008, by which to file an AMENDED
21 COMPLAINT to include just said defendant(s); Dr. Michael Sayre,
22 Sue Risenhoover, J. Flowers, Joseph Kravitz, Maureen Mclean,
23 and R. Pimental; All at Pelican Bay State Prison, and upon
24 N. Grannis, chief of the Inmate Appeals Branch, at the California
25 Department of Corrections and Rehabilitations in Sacramento,

-1-

1  California.
2
3
4  Dated: June 10th, 2008         Respectfully Submitted
5                                  /s/ Michael P. Williams
6                                  Michael P. Williams / J-67958
7                                  In Propria Persona
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                    -2-

## PROOF OF SERVICE BY MAIL

(C.C.P. Section 101(a) # 2015.5, 28 U.S.C. 1746)

I, Michael P. Williams, am a resident of Pelican Bay State Prison, in the County of Del Norte, State of California. I am over eighteen (18) years of age and am a party to the below named action.

My Address is: P.O. Box 7500, Crescent City, CA 95531.

On the 10 day of June, in the year of 2008, I served the following documents: (set forth the exact title of documents served)

Plaintiffs motion for Second Request for Extension of time, And Declaration in Support of:

on the party(s) listed below by placing a true copy(s) of said document, enclosed in a sealed envelope(s) with postage thereon fully paid, in the United States mail, in a deposit box so provided at Pelican Bay State Prison, Crescent City, CA 95531 and addressed as follows:

Office of the Clerk, U.S. District Ct.
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

Dept. of Justice
Office of the Attorney General
San Francisco, CA. 94102-7004

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 10 day of June, 20 08.

Signed: Michael P. Williams
(Declarant Signature)

Rev. 12/06



K. Williams #J67796
Pelican Bay State Prison, SHU
P.O. Box #7500 D1-115L
Crescent City, CA. 95532

- CONFIDENTIAL LEGAL MAIL -

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

UNITED STATES POSTAGE
$ 00.59⁰
JUN 17 2008
MAILED FROM ZIPCODE 95531

Office of the Clerk: U.S. Dist. Ct.
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102