1  Michael P. Williams c.o.c.#J-67958
2  Pelican Bay State Prison - Security Housing Units
3  P.O. Box #7500 / D1-cell #115L
4  Crescent City, California. 95532
5      In Propria Persona
6
7           In the United States District Court
8           For the Northern District of California
9
10 Michael P. Williams            Case No.# CV-07-5574 MMC(PR)
11      Plaintiff
12 vs.                            Declaration In Support Of
13                                Request For Extension Of time;
14 Scott Kernan, et, al.,         [ TEN (10) day's ]
15      Defendant(s)
16
17
18      I, Michael P. Williams, being duly-sworn, deposes
19 and says;
20
21      1.) I am the party in the above-entitled action
22 and confined at Pelican Bay State Prison, confined in the
23 Security Housing Units, Crescent City, California. For the
24 reasons set forth below, I am requesting a Ten (10) day
25 extension of time from June 18th, 2008 - the date on which is
26 the final date of my first extension of time, to file my
27
28                          -1-

1. AMENDED COMPLAINT thereby, making the due date for such
2. Amendment June 30th, 2008;
3.   2.) By an order filed April 18th, 2008, this court ordered
4. that the claims against defendant(s) Keenan, Horel, and Scavetta,
5. set forth by Plaintiff, be dismissed with leave to Amend;
6.   3.) In addition, I recently recieved viable information in
7. which contradicted the first half of my AMENDED COMPLAINT,
8. therefore leaving me no choice, but to redue the above mentioned
9. AMENDED COMPLAINT; Only to mention these mentioned defendant(s);
10. Dr. Michael Sayre, Sue Risenhoover, J. Flowers, Joseph Kravitz,
11. Maureen Mclean, R. Pimental, and N. Grannis; And discluding
12. said defendant(s) the court has ordered my complaints dismissed;
13.   4.) To Prepare the needed corrections, due to the slow processes
14. of Pelican Bay State Prison, I will, at the very least, have to
15. redue half of my AMENDED COMPLAINT, and would take at the
16. most, Ten (10) day's more, Not to exceed June 30th, 2008;
17.   5.) This is my Second request of time sought on this
18. case, but cannot be helped;
19.   6.) This request for an extension of time is not made
20. for any purpose of undue delay, or any improper reason;
21.
22.     I declare under Penalty of Purjury that the foregoing
23. is true and correct; dated this 10th day of June, 2008, at
24. Pelican Bay State Prison, Crescent City, California. 95532
25.                           Respectfully Submitted
26.                    /S/ _Michael P. Williams_
27.                       Michael P. Williams/J-67958
28.                          -2-