IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 07-5574 MMC (PR)<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE VADAS FOR SETTLEMENT PROCEEDINGS; DIRECTIONS TO CLERK**<br><br>**(Docket No. 16)** |

　　　On November 1, 2007, plaintiff, a California prisoner incarcerated at Pelican Bay State Prison ("PBSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against various PBSP employees, claiming deliberate indifference to his serious medical needs and seeking injunctive relief. On April 18, 2008, the Court found the complaint stated cognizable claims for relief against defendants J. Flowers, Sue Risenhoover, Dr. Michael Sayre, Joseph Kravitz, Maureen McLean, N. Grannis and R. Pimental, and ordered the complaint served on those defendants. The Court further found that plaintiff had not stated cognizable claims for relief against defendants Scott Kernan, Robert Horel and C. Scavetta; consequently, the Court dismissed those defendants and granted plaintiff leave to file, within 30 days, an amended complaint curing the pleading deficiencies explained in the order.

　　　Additionally, in the April 18, 2008 order, the Court found the instant matter suitable for mediation proceedings pursuant to the Northern District's Pro Se Prisoner Mediation

Program, directed defendants to file an answer, and advised the parties the Court thereafter would refer the action for mediation.

On June 11, 2008, defendants filed an answer, and on June 23, 2008, plaintiff filed an amended complaint from which defendants Kernan, Horel and Scavetta have been stricken.[1]

Accordingly, this matter is hereby REFERRED to Magistrate Judge Nandor J. Vadas for mediation proceedings. The proceedings shall take place within ninety days of the date this order is filed, or as soon thereafter as Magistrate Vadas's calendar will permit. Magistrate Judge Vadas shall coordinate a place, time and date for one or more mediation conferences with all interested parties and/or their representatives and, within fifteen days of the conclusion of all mediation proceedings, file with the Court a report regarding the mediation proceedings.

The Clerk is directed to serve a copy of the court file, including a copy of this order, on Magistrate Judge Vadas.

This order terminates Docket No. 16.

IT IS SO ORDERED.

DATED: July 16, 2008

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] On June 19, 2008, plaintiff filed a request for an extension of time in which to file the amended complaint. Plaintiff's request for an extension of time is hereby GRANTED. (Docket No. 16.)

2