1 Michael Paul Williams CDC # J-67958
2 Pelican Bay State Prison/Security Housing Units
3 P.O. Box # 7500/D-Facility, Building #1, Cell #115
4 Crescent City, California. 95532-7000
5    In Propria Persona

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Michael Paul Williams
   [Plaintiff]
vs.

Scott Kernan, et. al.,
   [Defendant(s)]

Case No.: CV-07-5574 mmc (PR)

Plaintiff's Request For Four (4) Hours Per Week In Pelican Bay State Prison, Security Housing Units Law Library, for Legal Research;

For the reasons fully set forth in the attached declaration, Plaintiff hereby requests the Courts grant him Four (4) Hours *every week* in the Pelican Bay State Prison, Security Housing Units Law Library in which to complete his "Legal Research" for "Pro-se" Litigation, on Plaintiff's order by Judge Maxine M. Chesney, to familiarize Plaintiff on how to conduct the "Settlement Proceedings" that are to be precided by Magistrate Judge Vadas, between July 16, 2008, up to and Not to exceed ninty (90) days thereafter.

-1-

Dated: July 29, 2008

Respectfully Submitted
/s/ *Michael Paul Williams*
Michael Paul Williams /#J-67958
In Propera Persona

-2-

1.) I am the party in the above-entitled action and, am confined at Pelican Bay State Prison, confined in the Security Housing Units, Crescent City, California. For the reasons set forth below, I am requesting four (4) hours per week on the Pelican Bay State Prison, Security Housing Units Law Library, from the order date of July 16, 2008, up to and not to exceed the ninty (90) days thereafter, to complete my legal research for the "Settlement Proceedings" ordered by the Honorable Judge Maxine M. Chesney

-1-

Chesney;

2) By an order filed July 16, 2008, this Court ordered that Magistrate Judge Vadas, start "Settlement Proceedings" on my case;

3) In addition, I have tried to receive "Privilage Legal User" [P.L.U.] status, but have fell short, for the law library will not give [P.L.U.] status, on the bases that it's not a "set" deadline, therefore to put on for "General Legal User" [G.L.U.]; But [G.L.U.] goes to the law library only once a month, and even then, it varies depending on the amount of prisoners already signed up; and thus, <u>not</u> giving "Pro-Se" Litigants Sufficient amount of law library time and access;

4) In order to fully Prepare for the up-coming "Settlement Proceedings", I will, at the very least, have to be allowed four (4) hours <u>every week</u>, in hopes of fully obtaining the knowledge needed for me to prepare for the up-coming proceedings;

5) This is the <u>first</u> request of this nature, by Plaintiff on this case;

6) This request is <u>not</u> made for any purpose of undue delay, or any improper reason;

I declare under penalty of perjury that, the foregoing is true and correct; dated this 29<u>th</u> day of July, 2008; At Pelican Bay State Prison, Crescent City, California. 95532

Respectfully Submitted
/s/ *Michael Paul Williams*
Michael Paul Williams / J-67988
IN PROPRIA PERSONA

-2-



Michael Paul Williams CDC # J60458
Pelican Bay State Prison / Security Housing Units
P.O. Box #7500 / "D" Factor, Building #1, Cell #151
Crescent City, California. 95532-7000

IN PROPRIA PERSONA

— CONFIDENTIAL LEGAL MAIL —

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

02 1M
0004217666   $ 00.590
MAILED FROM ZIP CODE 95531   JUL 31 2008

Mr. Richard W. Wieking
Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

— CONFIDENTIAL LEGAL MAIL —

PELICAN BAY STATE PRISON
SECURITY HOUSING UNIT
UNIT D-1

**PBSP
INDIGENT ENVELOPES**

c/o B. Mario
01/29/08