1  Michael Paul Williams CDC# J-67958          FILED
2  Pelican Bay State Prison/Security Housing Units  08 AUG -5 AM 10: 53
3  P.O. Box # 7500/"D"-facility, Building #1, Cell #115
4  Crescent City, California. 95532-7000
5
6           IN THE United States District Court
7           For The Northern District of California
8
9  Michael Paul Williams          Case No.# CV-07-5574 MMC (PR)
10         [Plaintiff]
11  vs.                            Plaintiff's Declaration In Support Of
12                                 Request For Four (4) Hours Per Week,
13  Scott Kernan, et, al.,         In Pelican Bay State Prison's, Security
14         [Defendants]            Housing Units Law Library For Legal
15                                 Research;
16
17       I, Michael Paul Williams, being duly sworn, deposes and
18  says:
19       1.) I am the party in the above-entitled action and, am
20  confined at Pelican Bay State Prison, confined in the Security Housing Units,
21  Crescent City, California. For the reasons set forth below, I am requesting
22  four (4) hours every week in the Pelican Bay State Prison, Security Housing
23  Units Law Library, from the order date of July 16, 2008, up to and not
24  to exceed Ninety (90) days thereafter, to complete my legal research for
25  the "Settlement Proceedings" ordered by the Honorable Judge Maxine M.
26  Chesney;
27
28                              -1-

2.) By an Order filed July 16, 2008, this Court ordered that Magistrate Judge Vadas, start "Settlement Proceedings" on my case;

3.) In addition, I have tried to recieve "Privilaged legal user" [P.L.U.] status, but have fell short, for the law library will not give [P.L.U.] on the bases that it's not a "set" deadline, therefore, to put on the "General legal user" [G.L.U.]; But [G.L.U.] goes to the law library only once a month, and even then, it varies depending on the amount of prisoner's already signed up, and thus, <u>Not</u> giving "Pro-Se" litigants sufficient amount of law library time and access;

4.) In order to fully prepare for the up-coming "Settlement Proceedings", I will, at the very least, have to be allowed four (4) hours <u>every week</u>, in hopes of fully obtaining the knowledge needed for me to prepare for the up coming proceedings;

5.) This is the <u>first</u> request of this nature, by Plaintiff in this case;

6.) This request is <u>not</u> made for any purpose of undue delay, or any improper reason.

I declare Under Penalty of Purjury that, the foregoing is true and correct; dated this <u>29th</u> day of <u>July</u>, 2008; At Pelican Bay State Prison, Crescent City, California. 95532

Respectfully Submitted
/s/ *Michael Paul Williams*
Michael Paul Williams / J-67958
<u>In Propria Persona</u>

-2-

1  Michael Paul Williams CDC# J-67958
2  Pelican Bay State Prison / Security Housing Units
3     P.O. Box # 7500 / "D" Facility, Building #1, Cell #115L
4  Crescent City, California - 95532-7000
5     IN PROPRIA PERSONA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Paul Williams<br>[Plaintiff]<br><br>vs.<br><br>Scott Kernan, et. al.,<br>[Defendant(s)] | Case No.# CV-07-5574 MMC (PR)<br><br>Plaintiffs' Request for four (4) Hours Per Week in Pelican Bay State Prisons' Law Library, for Legal Research: |

For the reasons fully set forth in the attached declaration, Plaintiff hereby requests the Court's grant him four (4) hours per week on the Pelican Bay State Prison, Security Housing Units Law Library in which to complete his "Legal Research" for Pro-SE Litigation, on Plaintiff's order by Judge Maxine M. Chesney, to familiarize Plaintiff on how to conduct the "Settlement Proceedings" that are to be preceded by Magistrate Judge Vadas, between July 16, 2008, up to and not to exceed Ninety (90) days thereafter.

-1-

Dated: July 29, 2008

Respectfully Submitted

/s/ _Michael Paul Williams_
Michael Paul Williams /J-67958
In Propria Persona

-2-