IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>    Plaintiff,<br><br>    v<br><br>SCOTT KERNAN,<br><br>    Defendants. | Case No C 07-5574 MMC<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on November 6, 2008. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Kay Yu

☐ Other: California Department of Corrections and Rehabilitation

1  (2)    The following individuals, parties, and/or representatives did not appear:

2  (3)    The outcome of the proceeding was:

3  ☐ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☒ The parties are unable to reach an agreement at this time.

10

Date:  11/19/08                                    _____
11                                                    Nandor J Vadas
                                                      United States Magistrate Judge

United States District Court
For the Northern District of California

United States District Court<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS            No. C 07-5574 MMC

v.            CERTIFICATE OF SERVICE

KERNAN
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/19/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Michael Paul Williams**
J-67958
Pelican Bay State Prison
P.O. Box 7500 D1-115
Crescent City, CA 95532

RICHARD W. WIEKING, CLERK

By:/s/_____
      Deputy Clerk

3