IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, ) | No. C 07-5574 MMC (PR) |
| Plaintiff, ) | **ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME** |
| v. ) | |
| SCOTT KERNAN, et al., ) | **(Docket No. 57)** |
| Defendants. ) | |

    GOOD CAUSE APPEARING, defendants' request for an extension of time to file a motion for summary judgment is hereby GRANTED. Defendants shall file their motion for summary judgment no later than September 2, 2011. Plaintiff shall file his opposition or a statement of non-opposition to defendants' motion no later than thirty (30) days from the date defendants' motion is filed. Defendants <u>shall</u> file a reply brief no later than fifteen (15) days after plaintiff's opposition is filed.

    This order terminates Docket No. 57.

    IT IS SO ORDERED.

DATED: June 2, 2011

_____
MAXINE M. CHESNEY
United States District Judge