**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>    Plaintiff,<br><br>  v.<br><br>SCOTT KERNAN, et al.,<br><br>    Defendants.<br>_____ | No. C 07-5574 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUESTS FOR EXTENSIONS OF TIME; DENYING PLAINTIFF'S REQUEST TO BE PRESENT AT HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS**<br><br>**(Docket Nos. 63, 65, 67)** |

Before the Court are plaintiff's requests for two extensions of time and for an order allowing him to present oral argument at the hearing of defendants' pending motion.

GOOD CAUSE APPEARING, plaintiff's requests for extensions of time to: (1) respond to defendants' discovery requests, and (2) file an opposition to defendants' motion for judgment on the pleadings are hereby GRANTED.

Plaintiff shall serve his discovery responses no later than September 20, 2011.

Plaintiff shall file his opposition to defendants' motion for judgment on the pleadings no later than September 26, 2011. Defendants <u>shall</u> file a reply brief no later than fifteen (15) days after plaintiff's opposition is filed.

Plaintiff's request to be present in court at the time of the hearing on defendants' motion for judgment on the pleadings is hereby DENIED.

As of this time, the matter appears appropriate for decision on the parties' written

1. submissions, and unless otherwise ordered hereafter, the motion will be deemed submitted on
2. the papers on the date the reply is due.
3.   This order terminates Docket Numbers 63, 65, and 67.
4.   IT IS SO ORDERED.
5. DATED:

           _____
           MAXINE M. CHESNEY
           United States District Judge