United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, ) | No. C 07-5574 MMC (PR) |
| ) | |
| Plaintiff, ) | **ORDER GRANTING DEFENDANTS' MOTION TO VACATE FILING DEADLINE** |
| ) | |
| v. ) | |
| ) | |
| SCOTT KERNAN, et al., ) | **(Docket No. 70)** |
| ) | |
| Defendants. ) | |
| _____ ) | |

GOOD CAUSE APPEARING, defendants' motion to vacate the current deadline for the filing of defendants' motion for summary judgment is hereby GRANTED. In the event that the pending motion for judgment on the pleadings does not fully dispose of the action, the Court will set a new filing deadline at the time it rules on said pending motion.

This order terminates Docket No. 70.

IT IS SO ORDERED.

DATED: September 1, 2011

_____
MAXINE M. CHESNEY
United States District Judge