IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT KERNAN, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C 07-5574 MMC (PR) <br><br> **ORDER DENYING PLAINTIFF'S REQUESTS FOR EXTENSIONS OF TIME** <br><br> **(Docket Nos. 74, 77)** |

Plaintiff has filed two requests for extensions of time to respond to defendants' reply brief in support of defendants' motion for judgment on the pleadings. Responses to replies are not usually allowed. See Civil Local Rule 7-3(d) (stating leave of court generally required for filings after reply). Further, the Court has already entered an order ruling on defendants' motion for judgment on the pleadings. Accordingly, no further briefing is necessary, and plaintiff's requests are hereby DENIED as moot.

This order terminates Docket Numbers 74 and 77.

IT IS SO ORDERED.

DATED: February 3, 2012

_____
MAXINE M. CHESNEY
United States District Judge