IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants.<br>_____ | No. C 07-5574 MMC (PR)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION**<br><br>**(Docket No. 80)** |

　　GOOD CAUSE APPEARING, defendants' request for an extension of time to file a dispositive motion is hereby GRANTED. Defendants shall file such motion on or before **June 13, 2012**. Plaintiff shall file his opposition within **thirty (30)** days of the date the motion is filed. Defendants shall file a reply within **fifteen (15)** days of the date the opposition is filed.

　　This order terminates Docket No. 80.

　　IT IS SO ORDERED.

DATED: February 17, 2012

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　United States District Judge