United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, ) | No. C 07-5574 MMC (PR) |
| ) Plaintiff, ) | **ORDER GRANTING EXTENSION OF TIME FOR PLAINTIFF TO OPPOSE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. ) | |
| SCOTT KERNAN, et al., ) | |
| ) Defendants. ) | **(Docket No. 85)** |
| _____) | |

GOOD CAUSE APPEARING, plaintiff's request for an extension of time to file an opposition to defendants' motion for summary judgment is hereby GRANTED. Plaintiff shall file his opposition on or before August 27, 2012. Defendants shall file a reply within **fourteen (14)** days of the date the opposition is filed.

This order terminates Docket No. 85.

IT IS SO ORDERED.

DATED: July 5, 2012

_____
MAXINE M. CHESNEY
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28