IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, ) | No. C 07-5574 MMC (PR) |
| Plaintiff, ) | **ORDER REQUESTING PRISON OFFICIALS ALLOW ACCESS TO LAW LIBRARY; DIRECTIONS TO CLERK** |
| v. ) | |
| SCOTT KERNAN, et al., ) | **(Docket No. 89)** |
| Defendants. ) | |
| _____) | |

On November 1, 2007, plaintiff, a California prisoner incarcerated at Pelican Bay State Prison ("PBSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against various PBSP employees, claiming deliberate indifference to his serious medical needs. On June 12, 2012, defendants filed a motion for summary judgment, and the Court granted plaintiff an extension of time to August 27, 2012 to file an opposition thereto.

Now before the Court is plaintiff's request for a court order directing prison officials to provide him with two to four hours per week of law library access for the purpose of preparing said opposition. According to plaintiff's declaration submitted in support thereof, recent prison regulations, necessitated by budget constraints, require him to obtain such a court order to obtain the law library access he needs.

In light of the above:

1. The prison officials at PBSP are hereby requested to provide plaintiff two to four hours per week of access to the prison law library through the date of August 27, 2012, to the extent such access is consistent with security concerns and other applicable policies and procedures of the facility.

2. The Clerk is hereby directed to serve a copy of this order on the Litigation Coordinator at PBSP, P.O. Box 7000, Crescent City, CA 95531-7000.

This order terminates Docket No. 89.

IT IS SO ORDERED.

DATED: July 20, 2012

_____
MAXINE M. CHESNEY
United States District Judge

2