IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants._____/ | No. C 07-5574 MMC (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR A SECOND EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Before the Court is plaintiff's request, filed August 6, 2012, for a second extension of time to file an opposition to defendants' motion for summary judgment.  Defendants have not filed a response thereto.

　　　　The Court having read and considered plaintiff's request, and good cause appearing therefor, the request is hereby GRANTED.  Plaintiff shall file his opposition on or before Friday, October 26, 2012.  The deadline for defendants to file a reply remains as scheduled, specifically, within fourteen days of the date on which plaintiff's opposition is filed.

　　　　**IT IS SO ORDERED**

Dated: August 21, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge