IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | No. C 07-5574 MMC (PR)<br><br>**ORDER REQUESTING PRISON OFFICIALS ALLOW ACCESS TO LAW LIBRARY; DIRECTIONS TO CLERK** |

　　　　On November 1, 2007, plaintiff, a California prisoner incarcerated at Pelican Bay State Prison ("PBSP") and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983 against various PBSP employees, claiming deliberate indifference to his serious medical needs. On June 12, 2012, defendants filed a motion for summary judgment, and the Court has granted plaintiff two extensions of time to file an opposition thereto, first to August 27, 2012 and, more recently, to October 26, 2012.

　　　　By order filed July 20, 2012, the Court requested prison officials provide plaintiff with two to four hours per week of law library access, through August 27, 2012, for the purpose of preparing his opposition to defendants' motion for summary judgment. Now before the Court is plaintiff's request, filed August 29, 2012, for a court order directing prison officials to allow him four hours per week of law library access, for the purpose of completing his opposition to the pending motion for summary judgment. According to plaintiff's declaration

submitted in support thereof, recent prison regulations, necessitated by budget constraints, require him to obtain such a court order before he can obtain the law library access he needs.

In light of the above:

1. The prison officials at PBSP are hereby requested to provide plaintiff four hours per week of access to the prison law library through the date of October 26, 2012, to the extent such access is consistent with security concerns and other applicable policies and procedures of the facility.

2. The Clerk is hereby directed to serve a copy of this order on the Litigation Coordinator at PBSP, P.O. Box 7000, Crescent City, CA 95531-7000.

**IT IS SO ORDERED**

Dated:  September 5, 2012

MAXINE M. CHESNEY
United States District Judge

2