**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUL WILLIAMS, | No. C 07-5574 MMC (PR) |
| Plaintiff, | **ORDER DENYING PLAINTIFF'S REQUEST FOR FINDING OF CONTEMPT** |
| v. | |
| SCOTT KERNAN, et al., | |
| Defendants. / | |

By order filed September 5, 2012, the Court requested that prison officials at the Pelican Bay State Prison provide plaintiff four hours per week of access to the prison law library through October 26, 2012, to the extent such access is consistent with security concerns and other applicable policies and procedures of the prison.

Now before the Court is plaintiff's filing of October 4, 2012, titled "Contempt and Violation of Court Order of September 5, 2012, by P.B.S.P. Officials, Education Supervisors, and S.H.U. Law Librarian, to Deny Plaintiff Four (4) Hours Law Library Access." Having read and considered said filing, the Court rules as follows:

1. To the extent plaintiff requests an order finding certain prison officials in contempt of this Court's order of September 5, 2012, plaintiff's request is hereby DENIED, for the reason plaintiff has failed to show that any denial of access assertedly occurring during the period of September 12, 2012 through September 21, 2012 was inconsistent

1 with security concerns or other prison policies and procedures.

2     2. To the extent plaintiff requests an order affording plaintiff four hours per week of prison law library access through October 26, 2012, plaintiff's request is hereby DENIED as moot, as the Court previously issued such an order on September 5, 2012.[1]

**IT IS SO ORDERED**

Dated: October 16, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] Moreover, the purpose of the September 5, 2012 order was to ensure plaintiff had sufficient time to prepare his opposition to defendants' motion for summary judgment. On October 5, 2012, plaintiff filed a voluminous opposition to said motion for summary judgment, and, consequently, no longer needs law library access for purposes of preparing such opposition.