IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL PAUL WILLIAMS,

        Plaintiff,

  v.

SCOTT KERNAN, et al.,

        Defendants.
                                          /

No. CV-07-5574 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    Defendants' motion for summary judgment is hereby GRANTED.

Dated: February 12, 2013                                    Richard W. Wieking, Clerk

                                                                                By: Tracy Lucero
                                                                                Deputy Clerk